# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

ANTHONY JOSEPH MAJOY,

               Petitioner,

    vs.

ERNEST ROE, Warden,

               Respondent.

Case No. CV 98-6956-SVW (JWJ)

JUDGMENT

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: _8/4/09_

_____

STEPHEN V. WILSON
United States District Judge