U.S. COURTHOUSE
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

NIXIE        902655015-1N           04/09/13

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

UNABLE TO FORWARD

FILED -
CLERK, U.S. DISTRICT COURT

APR 12 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RETURN TO SENDER
NOT AT THIS ADDRESS

Darlene M. Ricker

SVW
SH

Y #277

Date Transmitted:        3/26/2013 12:59:18 PM

2:98-cv-06956   Doc: 229

Darlene M Ricker
Darlene M Ricker Law Offices
24955 Pacific Coast Hwy
Suite A-204
Malibu, CA   90265

*Please update your information with the court.*

Number of Pages:        1

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

**FILED**

UNITED STATES COURT OF APPEALS

MAR 25 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| ANTHONY JOSEPH MAJOY, | No. 09-56586 |
|---|---|
| Petitioner - Appellant, | D.C. No. 2:98-cv-06956-SVW-SS |
| v. | U.S. District Court for Central California, Los Angeles |
| BRENDA M. CASH, Warden, Acting Warden of the California State prison - Los Angeles County, at Lancaster, California, | ORDER |
| Respondent - Appellee. | |



RECEIVED
CLERK, U.S. DISTRICT COURT

3/25/13

CENTRAL DISTRICT OF CALIFORNIA
BY: MAT  DEPUTY

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. See Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Karen Golinski
Deputy Clerk

KG/MOATT Direct Criminal